**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JIMMIE HERSHEY, individually and on behalf of all other similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) | Case No. 07-1300-JTM |
| **EXXONMOBIL OIL CORPORATION,** ) ) | |
| **Defendant.** ) ) ) | |

**MEMORANDUM AND ORDER**

Counsel for plaintiffs in <u>Farrar et al. v. Mobil Oil Corp</u>, Case No. 01-CV-12 (Stevens Co. Kansas District Court), filed a "statement" in this case asserting that Jimmy Hershey is seeking to represent a class that has already been certified in a state court action concerning the same claims. (Doc. 117). This matter is before the court on Hershey's motion to strike improper filings ***by a non-party***. (Doc. 118).[1] No response in opposition to the motion has been filed; thus, the motion is uncontested and, under D. Kan. Rule 7.4, the motion is granted without further notice.

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike an improper filing

---

[1] Neither Mr. Farrar nor the "Farrar class" sought leave to intervene in this case and do not cite any authority for filing a "statement" in this case.

by a non-party **(Doc. 118)** is **GRANTED.** The clerk of the court shall take appropriate steps to strike Doc. 117 from the docket.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 5th day of November 2010.

                                                              S/ Karen M. Humphreys
                                                              _____
                                                              KAREN M. HUMPHREYS
                                                              United States Magistrate Judge